UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | FILED: JULY 22, 2008 |
| | ) | 08CV4158 |
| Plaintiff, | ) No. | JUDGE GOTTSCHALL |
| | ) | MAGISTRATE JUDGE MASON |
| v. | ) | |
| | ) Judge | TC |
| JAMES W. CLARK and LEROY E. DRURY, | ) | |
| | ) | |
| Defendants. | ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Jonathan C. Haile
   JONATHAN C. HAILE
   Assistant United States Attorney
   219 South Dearborn Street
   Chicago, Illinois 60604
   (312) 886-2055
   jonathan.haile@usdoj.gov