AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

UNITED STATES OF AMERICA,

v.

JAMES W. CLARK, and
LEROY E. DRURY,

CASE NUMBER: 08CV4158

ASSIGNED JUDGE: JUDGE GOTTSCHALL
MAGISTRATE JUDGE MASON

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

James W. Clark
8127 Salisbury Avenue
Lyons, Illinois 60534-1116

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jonathan C. Haile
Assistant United States Attorney
219 South Dearborn, 5th Floor
Chicago, Illinois 60604
(312) 886-2055

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*J. Cervantes* (signature)

(By) DEPUTY CLERK

July 22, 2008

Date

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CASE NO. 08CV4158
AFFIDAVIT OF SPECIAL PROCESS SERVER

**Lewis Ellis**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

    ( X ) Summons & Complaint
    (   ) Citation to Discover Assets
    (   ) Rule to Show Cause
    (   ) Subpoena
    (   ) Other:

1.    (   ) By leaving a copy with the named party, ------- personally on -------.

2.    ( X ) On the within named party, **James W. Clark**, by leaving a copy with **James Clark, Son**, who states that they are a member of the household on **August 24, 2008**, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on **08/25/2008**.

3.    (   ) On the within party, ------- by leaving a copy with -------, on -------, and informed that person of the contents thereof.

4.    ( X ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

**SEX: Male**    RACE: **Caucasian**    APPROXIMATE AGE: **30**

5.    ( X ) That the place where and the time of day when the documents were served were as follows:

**PLACE: 8127 Salisbury Ave., Lyons, IL 60534-1116**
**TIME OF DAY: 11:51 AM**

6.    (   ) That he was unable to serve the within named party ------- located at ------- for the reason: -------

Signed and Sworn to before me
This **25**th day of **August 2008**.

Lewis Ellis
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11